Exhibit "C"-- CONFIDENTIAL Affidavit of Jane Doe will be filed under seal.