UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JANE DOE, AS THE NATURAL
MOTHER AND NEXT FRIEND OF
JOHN DOE, A MINOR                                                                                           PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:24-CV-788-DPJ-ASH

NICK SMITH, ET AL.                                                                                       DEFENDANTS

ORDER

On March 14, 2025, Defendants moved [22] for a seven-day extension of time to file their response to Plaintiff's motion for preliminary injunction [4]. In their motion, Defendants also asked the Court to expedite their request because their reply was due on that same day, and it was unclear whether Plaintiff opposed the request. Defs.' Mot. [22] at 1. On March 18, 2025, the Court emailed the parties to confirm whether the extension would be opposed. Plaintiff confirmed via email that the motion was unopposed, and the Court entered a text order denying as moot the motion to expedite and granting the motion for extension of time. *See* Text Order dated 3/18/2025. Based on that extension, Defendants' response was due March 21, 2025, but it has not yet been filed. Defendants are instructed to file their response no later than April 2, 2025. Failure to do so will be deemed a confession, and the Court will grant Plaintiff's motion [4] without further notice.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2025.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE